**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE LEE TANNLUND, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:14-cv-5149 |
| v. ) ) | Hon. Judge James B. Zagel |
| REAL TIME RESOLUTIONS, INC., ) ) | |
| Defendant. ) | |

**REAL TIME RESOLUTIONS, INC.'S FRCP 7.1 and L.R. 3.2 DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Real Time Resolutions, Inc. hereby makes the following disclosures:

**FRCP 7.1 Disclosure:** Real Time Resolutions, Inc. discloses that its parent corporation is Real Time Group, Inc. Neither company is publicly traded and no publicly held corporation owns 10% or more of either company's stock.

**L.R. 3.2 Notification of Affiliates:** Real Time Resolutions, Inc. is wholly owned by Real Time Group, Inc.

Dated: August 1, 2014 **SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: /s/ David S. Almeida
     One of Its Attorneys

David S. Almeida, ARDC #6285557
dalmeida@sheppardmullin.com
David M. Poell, ARDC #6302765
dpoell@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
T: (312) 499-6300
F: (312) 499-6301

and

**SPENCER FANE BRITT & BROWNE LLP**

By: /s/ Bryant T. Lamer
     One of Its Attorneys

Bryant T. Lamer, IL #6271286
blamer@spencerfane.com
Leslie A. Greathouse
lgreathouse@spencerfane.com
**SPENCER FANE BRITT & BROWNE LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
T: (816) 474-8100
F: (816) 474-3216

*Counsel for Real Time Resolutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **REAL TIME RESOLUTIONS, INC.'S FRCP 7.1 and L.R. 3.2 DISCLOSURES** was served upon all interested parties using this Court's ECF filing system this 1st day of August, 2014.

/s/ David S. Almeida