# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michelle Lee Tannlund

                              Plaintiff,

v.                                                 Case No.: 1:14−cv−05149
                                                 Honorable James B. Zagel

Real Time Resolutions, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 23, 2016:

      MINUTE entry before the Honorable James B. Zagel: Motion's for Leave to Appear Pro Hac Vice ([33], [34], [35], [36]) are GRANTED. Motion for leave to file excess pages [54] is GRANTED. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.