IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Michelle Lee Tannlund**, *et al.*<br>        Plaintiff,<br><br>                v.<br><br>**Real Time Resolutions, Inc.,**<br>        Defendant. | Case No. 1:14-cv-5149<br><br><br>Hon. James B. Zagel |

## Joint Motion to Continue
## Status Hearing and Final Approval Hearing

Plaintiff Michelle Lee Tannlund and Defendant Real Time Resolutions, Inc. (together the "Parties"), respectfully move the Court to continue the status conference presently set for August 9, 2016, and state as follows:

1.      On May 19, 2016, the Parties executed a revised settlement agreement to resolve the claims presented on a class-wide basis, the product of more than 18 months of investigation and negotiation.

2.      On May 24, 2016, this Court preliminarily approved the class settlement and set a status conference on August 9, 2016, and a Final Approval Hearing on September 8, 2016. (*See* Dkt. 72.)

3.      On May 26, 2016, this Court also granted Plaintiff's unopposed Motion to Compel Release of Customer Information, which ordered Defendant to share confidential customer information with the claims administrator in order to comply with the settlement's direct mail notice plan. (*See* Dkt. 73, 75.)

4.      Defendant immediately began gathering the names and addresses of persons known to it to provide to the claims administrator, but the process of doing so has been more difficult than anticipated due to the manner in which this data has been

stored and organized. As a result, the contact information for the known class members has not yet been provided to the claims administrator.

5. Defendant anticipates that it will be able to provide the settlement class data to the claims administrator for mailing no later than August 19, 2016.

6. In light of the foregoing, the Parties request that the August 9 status conference be continued to a date after August 19, 2016, and that the Final Approval Hearing currently set for September 8, 2016, be continued to a date after November 8, 2016.

Respectfully submitted,

/s/ Mark Ankcorn

California & Federal Bar No. 166871

*mark@ankcorn.com*
ANKCORN LAW FIRM, PC
1608 S. Ashland Ave. #92015
Chicago, Illinois 60608-2013

11622 El Camino Real, Suite 100
Del Mar, California 92130
(619) 870-0600 phone
(619) 684-3541 fax

Class Counsel

Respectfully submitted,

/s/ Henry Pietrkowski

Illinois Bar No. 6230048

*HPietrkowski@ReedSmith.com*
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000 phone

Attorneys for Defendant Real Time Resolutions, Inc.

## Certificate of Service

I hereby certify that on July 31, 2016, I electronically filed the above and foregoing through the Court's CM/ECF System, which perfected service on all counsel of record.

*/s/ Mark Ankcorn*