July 24th, 2017

Tunnland

**FILED**

v.

JUL 28 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Real Time Resolutions, Inc

Case No. 1:14-cv-5149 (N.D. Ill)

United States Northern District of Illinois
Eastern Division
Everett McKinley Dirksen Courthouse

I Paul D. Koksvik a natural man on the land and "class member" of above named

Case No. domiciled at 236 South Plank Rd Prior 20 City Terrace N. Newburgh,

NY (phone # 585 202-0852) here by "exclude" myself as outlined on the back of
post card notification

paragraph 4. "**What are my other options?** You must exclude yourself by July

24th, 2017..." Notice of Claim page 4, Titled "request for Exclusion (title only),

All Rights Reserved.

Paul D. Koksvik