# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michelle Lee Tannlund,

Plaintiff(s),

v.

Real Time Resolutions, Inc.,

Defendant(s).

Case No. 14 C 05149

Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendant shall pay to the class $754,694.45; pay a service award of $12,500 to the named Plaintiff; and pay attorney's fees of $502,000 and costs of $30,805.55. Claims of the Plaintiff and the class are otherwise dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion

Date: 8/29/2017                     Thomas G. Bruton, Clerk of Court

                                    s\Sandra Brooks, Deputy Clerk